United States District Court
Southern District of Texas
**ENTERED**
June 18, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 5:18–po–04574 |
| § | |
| Alfredo Perez–Reyes § | |

### ORDER APPOINTING PUBLIC DEFENDER

Because the above-named defendant has satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel, and because the interest of justice so requires, the Federal Public Defender is hereby appointed to represent this person in the above-designated case.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

Date: June 18, 2018